<table>
<tr><td>

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____   Chapter   **7**

</td></tr>
</table>

☐ Check if this is an
amended filing

**Official Form 201**

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Dixon Strings, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **dba Dixon Stein; dba Dixon & Stein** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **2  0 – 8  1  4  4  4  5  6** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **410 S. Michigan Avenue** | **7228 N. Bell Ave., Unit 3N** |
| Number    Street | Number    Street |
| **Suite 802** | |
| | P.O. Box |
| **Chicago**      IL    **60605-1309** | **Chicago**      IL    **60645** |
| City      State    ZIP Code | City      State    ZIP Code |
| **Cook** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | City      State    ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor **Dixon Strings, Inc.** _____   Case number (if known) _____

| 7. | Describe debtor's business | A. Check one: |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

| 8. | Under which chapter of the Bankruptcy Code is the debtor filing? | *Check one:* |
|---|---|---|

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | Were prior bankruptcy cases filed by or against the debtor within the last 8 years? | ☑ No |
|---|---|---|

If more than 2 cases, attach a separate list.

☐ Yes. District _____ When _____ Case number _____
                                              MM / DD / YYYY
       District _____ When _____ Case number _____
                                              MM / DD / YYYY
       District _____ When _____ Case number _____
                                              MM / DD / YYYY

Debtor  **Dixon Strings, Inc.** _____    Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City                    State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **Dixon Strings, Inc.**  _____     Case number (if known) _____

| | | | | | |
|---|---|---|---|---|---|
| **14. Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 | | |
| | ☑ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 | | |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 | | |
| | ☐ 200-999 | | | | |
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | | |
| | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | | |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | | |
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion | | |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion | | |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion | | |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/12/2018**
MM / DD / YYYY

X **/s/ Jeffrey K. Dixon** _____     **Jeffrey K. Dixon** _____
Signature of authorized representative of debtor     Printed name

Title **President** _____

**18. Signature of attorney**

X **/s/ Mark R. Schottler** _____     Date **08/12/2018** _____
Signature of attorney for debtor     MM / DD / YYYY

**Mark R. Schottler** _____
Printed name

**Schottler & Associates** _____
Firm name

**7222 W. Cermak** _____
Number          Street

**Suite 701** _____

**North Riverside** _____     **IL** ___     **60546** _____
City     State     ZIP Code

**(708) 442-5599** _____     _____
Contact phone     Email address

**6238871** _____     _____
Bar number     State

<table>
<tr><td>

**Fill in this information to identify the case**

Debtor name   **Dixon Strings, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

</td></tr>
</table>

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1.   **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.
☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

2.   **Cash on hand** _____

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| --- | --- | --- |

4.   **Other cash equivalents**   *(Identify all)*

Name of institution (bank or brokerage firm)

5.   **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $0.00 |
| --- |

### Part 2:   Deposits and prepayments

6.   **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor  __**Dixon Strings, Inc.**_____  Case number (if known) _____
Name

**Current value of
debtor's interest**

7.  **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9.  **Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.

| |
|---|
| **$0.00** |

## Part 3:  Accounts receivable

10.  **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes.  Fill in the information below.

**Current value of
debtor's interest**

11.  **Accounts receivable**

11a. 90 days old or less: ____**$0.00**____  –  ____**$0.00**____  = ............→  ____**$0.00**____
face amount                        doubtful or uncollectible accounts

11b. Over 90 days old: ____**$10,000.00**____  –  ____**$0.00**____  = ............→  ____**$10,000.00**____
face amount                        doubtful or uncollectible accounts

12.  **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| |
|---|
| **$10,000.00** |

## Part 4:  Investments

13.  **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes.  Fill in the information below.

**Valuation method
used for current value**  **Current value of
debtor's interest**

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15.  **Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

16.  **Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

Describe:

17.  **Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.

| |
|---|
| **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

Debtor  __Dixon Strings, Inc._____   Case number (if known) _____
        Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |
| **Instruments in shop - Concertino Cello's: 3 @ 1/8 (size) $800 ea.; 1 @ 1/8 $1000; 2 @1/4 $950 ea; 2 @ 1/4 $1150 ea; 1 @1/2 $1000; 2 @ 1/2 $1200; 1 @ 3/4 $1150; Concertino Deluxe Cello 4/4 $1300; Franz Hoffman Cello 4/4 $1500; Janos Krauss Cello 4/4 size $1500.** | | | | $16,450.00 |
| **Concertino Violin's: 3 @ 1/10 (Size) $350 ea; 2 @ 1/8 $200 ea; 3 @ 1/8 $450 ea; 1 @ 1/4 $300 ea; 3 @ 1/4 $500 ea; 4 @ 1/2 $400 ea; 4 @ 1/2 $550 ea; 3 @ 3/4 $250 ea - Needs work; 1 @ 3/4 $600; 1 @ 3/4 $400; 3 @ 4/4 $500 ea; 10 @ 4/4 $900 ea; Seman Violin 2011: 1 @ 4/4 $1000.** | | | | $21,650.00 |
| **Violin Bow's: 8 @ 4/4 $20 ea; 6 @ 3/4 $18 ea; 8 @ 1/2 $15 ea; 7 @ 1/4 $13 ea; 8 @ 1/8 $10 ea; 7 @ 1/10 $10 ea; 2 @ 1/16 $8 ea; 2 @ 1/32 $5 ea.** | | | | $655.00 |
| **Cello Bow's: 13 @ 4/4 $30 ea; 7 @ 3/4 $25 ea; 5 @ 1/4 $20 ea; 5 @ 1/8 $15 ea; Viola Bow's: 4 @ 4/4 $30 ea.; 2 @ 3/4 $25 ea.** | | | | $910.00 |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$39,665.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method _____   Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☑ Yes

**Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

**Schedule A/B: Assets -- Real and Personal Property**

Debtor    **Dixon Strings, Inc.**    Case number (if known) _____
    Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops--either planted or harvested**

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment** (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

**1 leather couch- $500**
**Wooden Cello Stands(8?)-$100**
**Wooden File Cabinets(4)-$100**
**Desk(1)-$50**
**Violin Shelf Cubbies(3)-$300**
**Cello Rack-(2) $250**
**Front Reception Desk(1) $500**
**Side Tables(3) $100**
**Metal Shelves(4) $75**
**Microwave $25**
**Vacuum Cleaner $150**
**1 Coffee Table $300**
**2 Label Makers $50**
**Miscellaneous Pics/Paintings $500**
**Miscellaneous Books $500**
**Tools  $250**
**Office Chairs (2) $100**                                                    **$3,850.00**

Debtor __**Dixon Strings, Inc.**_____   Case number (if known) _____
Name

**40. Office fixtures**

**41. Office equipment, including all computer equipment and
communication systems equipment and software**

**Computers-(3):**
**2 Dell Desktop- $500**
**1 Mac Desktop- $800;**
**Phones (3) $100** _____  _____     $1,400.00

**42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other
artwork; books, pictures, or other art objects; china and crystal; stamp, coin,
or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.          | $5,250.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1. **2012 Chrysler Town and Country (150,000 miles)** _____  _____     $5,100.00

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats
trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.          | $5,100.00 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☒ No. Go to Part 10.
☐ Yes. Fill in the information below.

Debtor   **Dixon Strings, Inc.** _____   Case number (if known) _____
      Name

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

    **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.   Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites** | | | |
| **dixonstein.com; dixonstrings.com** | | | **$0.00** |
| **62.** **Licenses, franchises, and royalties** | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| **64.** **Other intangibles, or intellectual property** | | | |
| **65.** **Goodwill** | | | |

**66.** **Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.

    **$0.00**

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 11:  All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

Debtor   **Dixon Strings, Inc.**_____   Case number (if known) _____
      Name

**Current value of
debtor's interest**

**71.  Notes receivable**

    Description (include name of obligor)

**72.  Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

**73.  Interests in insurance policies or annuities**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.  Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**76.  Trusts, equitable or future interests in property**

**77.  Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78.  Total of Part 11.**
    Add lines 71 through 77.  Copy the total to line 90.

                                                          **$0.00**

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor   **Dixon Strings, Inc.**_____   Case number (if known) _____
　　　　　Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$0.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$10,000.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$39,665.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$5,250.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$5,100.00** | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................ ➜ | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$60,015.00** | **+** 91b. **$0.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ....................................................................... **$60,015.00**

**Fill in this information to identify the case:**

Debtor name        **Dixon Strings, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**

   ☑ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
   ☐ Yes.  Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more
   than one secured claim, list the creditor separately for each claim.

| | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- |

**2.1**

**Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account
number**                      ___ ___ ___ ___

**Do multiple creditors have an interest in
the same property?**

☐ No
☐ Yes.  Specify each creditor, including this
   creditor, and its relative priority.

**Describe debtor's property that is
subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the
   Additional Page, if any.**                                                                                        **$0.00**

**Fill in this information to identify the case:**

Debtor **Dixon Strings, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2.   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $20,997.00 | $20,997.00 |

**2.1**   **Priority creditor's name and mailing address**

**Illinois Dept. of Revenue**

**100 W. Randolph**

**M/S 7-400**

**Chicago**            **IL     60601**

Date or dates debt was incurred
**2015 - 2016**

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim:  11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Taxes**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | **Dixon Strings, Inc.** | Case number (if known) | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**Adam Morse**

**1826 N. Lincoln Park W .**

Chicago            IL      60614

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sold Consignments**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$6,000.00**

**3.2** Nonpriority creditor's name and mailing address

**Adrian Bettridge-Wiese**

**1615 E Fairlawn Dr.**

Urbana            IL      61802

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sold Consignments - Thanh Kim Cello**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$12,000.00**

**3.3** Nonpriority creditor's name and mailing address

**ADT Security Services**

**POB 371878**

Pittsburgh            PA      15250-7878

Date or dates debt was incurred

Last 4 digits of account number    0  0  4  1

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Security Services**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$103.98**

**3.4** Nonpriority creditor's name and mailing address

**Alfredo G. Capitanini**

**1754 N Wilmot Ave**

Chicago            IL      60647

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Sold Consignments**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**$14,000.00**

Debtor    **Dixon Strings, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

**3.5**  Nonpriority creditor's name and mailing address

**Amber Stroud**

**c/o Sylvia De La Cerna**

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Violin left for repair**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$10,000.00**

---

**3.6**  Nonpriority creditor's name and mailing address

**Andrew Hesse**

**41 E 8th Street Unit 3201**

_____

**Chicago**              IL      60605

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sold Consignments - Francesco Zapelli Cello**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$5,500.00**

---

**3.7**  Nonpriority creditor's name and mailing address

**Ann Rosenwinkel**

**4018 Blue Bonnet Blvd., Apt. C.**

_____

**Houston**              TX      77025

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sold Consignments - Carlo Gazinini Cello 2008**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$4,000.00**

---

**3.8**  Nonpriority creditor's name and mailing address

**Anna Herdis Jonsdottir**

**Oldugata 59 101**

**Reykjavik Iceland**

_____

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sold Consignments - Helmut Muller Viola**

Date or dates debt was incurred        _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**$18,000.00**

Debtor  **Dixon Strings, Inc.**  Case number (if known)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.9** Nonpriority creditor's name and mailing address

**Arun Mohan**

**330 S. Michigan Ave., Apt. 1513**

**Chicago**  IL  **60604**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Sold Consignments - Bodio Violin**

Is the claim subject to offset?
☑ No
☐ Yes

$12,000.00

---

**3.10** Nonpriority creditor's name and mailing address

**Bank of America**

**POB 982235**

**El Paso**  TX  **79998**

Date or dates debt was incurred

Last 4 digits of account number  **3  0  6  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$14,390.13

---

**3.11** Nonpriority creditor's name and mailing address

**Bank of America**

**POB 982238**

**El Paso**  TX  **79998**

Date or dates debt was incurred

Last 4 digits of account number  **8  8  7  4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$11,176.90

---

**3.12** Nonpriority creditor's name and mailing address

**Benjamin Clark**

**2676 Brookview Lane**

**Van Meter**  IA  **50261**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Sold Consignments**

Is the claim subject to offset?
☑ No
☐ Yes

$1,750.00

---

Debtor   **Dixon Strings, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.13**   Nonpriority creditor's name and mailing address

**Berger Realty Group, LLC**

**40 E. Oak St.**

**Chicago**                          **IL**   **60611**

Date or dates debt was incurred   **6/27/16**

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Commercial Lease**

Is the claim subject to offset?
☒ No
☐ Yes

**$6,000.00**

---

**3.14**   Nonpriority creditor's name and mailing address

**Can Capital, Inc.**

**2015 Vaughn Rd NW**

**Kennesaw**                      **GA**   **30144**

Date or dates debt was incurred

Last 4 digits of account number   **1   3   7   1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Loan**

Is the claim subject to offset?
☒ No
☐ Yes

**$33,340.33**

---

**3.15**   Nonpriority creditor's name and mailing address

**Chase Ink**

**POB 15298**

**Wilmington**                    **DE**   **19850-5298**

Date or dates debt was incurred

Last 4 digits of account number   **9   4   2   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,695.18**

---

**3.16**   Nonpriority creditor's name and mailing address

**Chase Ink**

**POB 15298**

**Wilmington**                    **DE**   **19850-5298**

Date or dates debt was incurred

Last 4 digits of account number   **7   5   2   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Credit Card**

Is the claim subject to offset?
☒ No
☐ Yes

**$8,904.99**

---

| Debtor | **Dixon Strings, Inc.** | Case number (if known) | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.17** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$3,267.53

**Chase Ink**

☐ Contingent
☐ Unliquidated
☐ Disputed

**POB 15298**

Basis for the claim: **Business Credit Card**

**Wilmington**          **DE**     **19850-5298**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **0   3   3   1**

---

**3.18** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$7,500.00

**Christopher Ferrer**

☐ Contingent
☐ Unliquidated
☐ Disputed

**320 Wisconsin Ave., Apt. 416**

Basis for the claim: **Sold Consignments - Tambovsky Violin**

**Oak Park**          **IL**     **60302-3459**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.19** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$20,000.00

**Christopher Ferrer**

☐ Contingent
☐ Unliquidated
☐ Disputed

**320 Wisconsin Ave., Apt. 416**

Basis for the claim: **Sold Consignments - Blanchard Workshop Cello**

**Oak Park**          **IL**     **60302-3459**

Date or dates debt was incurred

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     __ __ __ __

---

**3.20** | Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*

$35,000.00

**CHUBB/Eastern Claim Service Ctr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**600 Independence Pkwy.**

Basis for the claim: **Insured: Cincinnati Symphony Orchestra**

**Chesapeake**          **VA**     **23320**

Date or dates debt was incurred     **4/29/17**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number     **8   6   2   6**

Debtor   **Dixon Strings, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.21** Nonpriority creditor's name and mailing address

**Claudio Luis Manfio**

**Alameda Dos Tacavanas 838**

**Sao Paulo, Brazil 184240-0000**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sold Consignments - Manfio Viola**

$12,000.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.22** Nonpriority creditor's name and mailing address

**Colin Maki**

**150 W. 77th Street #2**

**New York**        **NY**   **10024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sold Consignments - Michael Lochner Violin/Thomass**

$18,000.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.23** Nonpriority creditor's name and mailing address

**David Held**

**10058 Meadow Lane**

**Mequon**        **WI**   **53092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sold Consignments**

$14,000.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.24** Nonpriority creditor's name and mailing address

**Discover More Card**

**POB 30421**

**Salt Lake City**        **UT**   **84130-0421**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Credit Card**

$9,513.82

Date or dates debt was incurred _____

Last 4 digits of account number  4   6   3   6

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   **Dixon Strings, Inc.**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,142.68** |

*Check all that apply.*

**Estate Information Services, LLC dba**

**EIS Collections**

**POB 1398**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Reynoldsburg            OH      43068**

**Basis for the claim:**
**Collecting for Discover Card**

Date or dates debt was incurred       _____

**Is the claim subject to offset?**

Last 4 digits of account number      **9   0   5   4**       ☑ No
                                                              ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,000.00** |

*Check all that apply.*

**Evan Banks**

**838 N. Leamington Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago                 IL      60651**

**Basis for the claim:**
**Sold Consignments - Jay Haide Violin and Bow Brand**

Date or dates debt was incurred       _____

**Is the claim subject to offset?**

Last 4 digits of account number      ___ ___ ___ ___     ☑ No
                                                          ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,000.00** |

*Check all that apply.*

**Everest Business Funding**

**2001 NW 107th Ave. #300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Miami                   FL      33172**

**Basis for the claim:**
**Business Loan**

Date or dates debt was incurred       _____

**Is the claim subject to offset?**

Last 4 digits of account number      ___ ___ ___ ___     ☑ No
                                                          ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,500.00** |

*Check all that apply.*

**Francis Yorio**

**435 W Thornapple Lane**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mequon                  WI      53092**

**Basis for the claim:**
**Sold Consignments**

Date or dates debt was incurred       _____

**Is the claim subject to offset?**

Last 4 digits of account number      ___ ___ ___ ___     ☑ No
                                                          ☐ Yes

Debtor   **Dixon Strings, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,922.50 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Germantown Violin Company**

☐ Contingent
☐ Unliquidated
☐ Disputed

**19200F Chennault Way**

**Basis for the claim:**

**Gaithersburg**          **MD**     **20879**            **Violins**

Date or dates debt was incurred          _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __        ☒ No
☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address |     | $3,800.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Glen Germain**

☐ Contingent
☐ Unliquidated
☐ Disputed

**5309 Maywood Rd.**

**Basis for the claim:**

**Madison**          **WI**     **53716**            **Sold Consignments - Albert Nurnberger Violin Bow**

Date or dates debt was incurred          _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __        ☒ No
☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address |     | $210.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Global Violins**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2565 S. Heathermoor Park Dr.**

**Basis for the claim:**

**Westfield**          **IN**     **46074**            **Fiber cello case B**

Date or dates debt was incurred          _____     Is the claim subject to offset?

Last 4 digits of account number     **1   0   0   9**        ☒ No
☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address |     | $1,600.00 |

As of the petition filing date, the claim is:
*Check all that apply.*

**Hayes Properties, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**4043 N. Ravenswood Ave., Ste. 210**

**Basis for the claim:**

**Chicago**          **IL**     **60613**            **Expired leases: 4636 N. Ravenswood, #205, 206**

Date or dates debt was incurred          _____     Is the claim subject to offset?

Last 4 digits of account number     __ __ __ __        ☒ No
☐ Yes

| Debtor | **Dixon Strings, Inc.** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.33**   Nonpriority creditor's name and mailing address

**Hinckley Standard Springs**

**POB 660579**

**Dallas**                           **TX**      **75266**

Date or dates debt was incurred

Last 4 digits of account number      **4   7   5   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Water delivery**

Is the claim subject to offset?
☑ No
☐ Yes

**$200.00**

**3.34**   Nonpriority creditor's name and mailing address

**Holstein Violins**

**1607 NE 4th PL**

**Fort Lauderdale**               **FL**      **33301**

Date or dates debt was incurred

Last 4 digits of account number      **0   0   1   0**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Misc. Instruments**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,689.00**

**3.35**   Nonpriority creditor's name and mailing address

**Hyemi Kim**

**611 Lowell Ave., Apt. 14**

**Cincinnati**                     **OH**      **45220**

Date or dates debt was incurred

Last 4 digits of account number      __   __   __   __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sold Consignments - Richard Grunke Cello Bow**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,500.00**

**3.36**   Nonpriority creditor's name and mailing address

**IDES**

**Taxnet/Employer Hotline**

**33 S. State Strett - 10th Floor**

**Chicago**                        **IL**      **60603**

Date or dates debt was incurred

Last 4 digits of account number      **8   7   0   7**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Illinois Dept. of Employment Security**

Is the claim subject to offset?
☑ No
☐ Yes

**$0.00**

Debtor   **Dixon Strings, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

| 3.37 | **Nonpriority creditor's name and mailing address** |

**Isaac Sinnett**

**1228 W. Winnemac Ave. #2**

**Chicago**                          **IL**      **60640**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sold Consignments:16 1/2" Viola by Gary Garavaglia**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$12,000.00**

---

| 3.38 | **Nonpriority creditor's name and mailing address** |

**James Kim**

**166 Yerba Buena Avenue**

**San Francisco**                    **CA**      **94127**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sold Consignments - Caussin School Violin**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,500.00**

---

| 3.39 | **Nonpriority creditor's name and mailing address** |

**Jesse Calcat**

**2636 W. Foster Ave.**

**Apt. 3**

**Chicago**                          **IL**      **60625**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sold Consignment**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$500.00**

---

| 3.40 | **Nonpriority creditor's name and mailing address** |

**Joe Kaizer**

**6617 Post Oak**

**Peoria**                           **IL**      **61615**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sold Consignments - Carl Becker Cello 1966**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,000.00**

---

Debtor   **Dixon Strings, Inc.**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,000.00** |

**Joe Kaizer**

**6617 Post Oak**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Peoria** | **IL** | **61615** | **Sold Consignments - Hippolyte Lamy Cello Bow** |

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,400.00** |

**Johnnia Stigall**

**116 W. University Pkwy. #713**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Baltimore** | **MD** | **21210** | **Sold Consignments - Marten Cornelisson Viola** |

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,000.00** |

**Jonathan Ruckman**

**2302 Sycamore Ave.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Louisville** | **KY** | **40206** | **Sold Consignments - Wilke Cello** |

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,750.00** |

**Joshua Beyer Lutherie**

**244 39th St.**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| **Pittsburgh** | **PA** | **15201** | **Violins** |

Date or dates debt was incurred   _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ **2** **7**

---

| Debtor | **Dixon Strings, Inc.** | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.45** Nonpriority creditor's name and mailing address

**Karen Kramer**

**3641 Beech St.**

**Flossmoor** IL **60422**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sold Consignments - W.E. Hill & Sons Violin Bow**

Is the claim subject to offset?
☒ No
☐ Yes

$25,000.00

---

**3.46** Nonpriority creditor's name and mailing address

**Kenneth Warren and Sons**

**40 N. Wells Street**

**Chicago, IL**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sold Consignments - Lochner Cello**

Is the claim subject to offset?
☒ No
☐ Yes

$7,000.00

---

**3.47** Nonpriority creditor's name and mailing address

**Koen Chak**

**4050 Kirk St., Apt. 1**

**Skokie** IL **60076-3458**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sold Consignments - 2 Violins**

Is the claim subject to offset?
☒ No
☐ Yes

$3,400.00

---

**3.48** Nonpriority creditor's name and mailing address

**L'Archet Brasil**

**United Strings International LLC**

**352 Tall Pines Rd., Ste. G**

**West Palm Beach** FL **33413**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Violins purchase**

Is the claim subject to offset?
☒ No
☐ Yes

$1,110.00

Debtor    **Dixon Strings, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.49** | Nonpriority creditor's name and mailing address

**Luis Claudio Manfio**

**Alameda dos Tacaunas 838**

**Sao Paulo, Brazil**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$12,000.00

Basis for the claim:
**Sold Consignments - Viola**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.50** | Nonpriority creditor's name and mailing address

**Maggie Waldron**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$2,500.00

Basis for the claim:
**Sold Consignment**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.51** | Nonpriority creditor's name and mailing address

**Marco Raposo Bows**

**641 Lexington Ave., 15th Floor - NYC**

**New York          NY     10022**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$463.00

Basis for the claim:
**Cello Nickel Mounted 3/4**

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.52** | Nonpriority creditor's name and mailing address

**Mark Peterson**

**1614 Timber Trail**

**Wheaton          IL     60189**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$12,000.00

Basis for the claim:
**Sold Consignments - Derazey Workshop Violin**

Date or dates debt was incurred    **7/30/14**

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor    **Dixon Strings, Inc.**                                    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    **Amount of claim**

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,000.00** |

**Marko Dreher**

**491 Valley Drive**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **East Alton** | IL | 62024 |

**Basis for the claim:**
**Sold Consignments**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$30,000.00** |

**Mietek Rusnak**

**4859 S Long**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Chicago** | IL | 60638 |

**Basis for the claim:**
**Sold Consignments**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$23,000.00** |

**Noam Dorros**

**1747 N Winchester Ave**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Chicago** | IL | 60622 |

**Basis for the claim:**
**Sold Consignments**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,963.29** |

**Northland Group**

**POB 390905**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| **Minneapolis** | MN | 55439 |

**Basis for the claim:**
**Collecting for Sears Gold Mastercard**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number   _7_ _3_ _4_ _5_
- ☑ No
- ☐ Yes

Debtor   **Dixon Strings, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.57** Nonpriority creditor's name and mailing address

**Northwest Symphony Orchestra**

**ATTN:  John Cain**

**1040 Ridge Rd.**

_____

**Munster**                    **IN**        **46321**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sold Consignments - J.A. Lamy Violin Bow**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,500.00**

---

**3.58** Nonpriority creditor's name and mailing address

**Northwest Symphony Orchestra**

**ATTN:  John Cain**

**1040 Ridge Rd.**

_____

**Munster**                    **IN**        **46321**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sold Consignments - "Made in Germany" Violin Bow**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$640.00**

---

**3.59** Nonpriority creditor's name and mailing address

**Northwest Symphony Orchestra**

**ATTN:  John Cain**

**1040 Ridge Rd.**

_____

**Munster**                    **IN**        **46321**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sold Consignments - "Tourte" Violin Bow**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$800.00**

---

**3.60** Nonpriority creditor's name and mailing address

**Pasquale Laurino**

**400 E Randolph St., Apt.1703**

_____

**Chicago**                    **IL**        **60601**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Sold Consignments**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$7,000.00**

---

Debtor   **Dixon Strings, Inc.**                                        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.61**   Nonpriority creditor's name and mailing address

**People's Music School**

**931 W. Eastwood Ave.**

_____

**Chicago**                    **IL      60640**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Sold Consignments - Buthod Violin Bow**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,500.00**

---

**3.62**   Nonpriority creditor's name and mailing address

**Quill.com**

**POB 37600**

_____

**Chicago**                    **IL      60605**

Date or dates debt was incurred   _____

Last 4 digits of account number   **8   5   1   3**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Charge Account**

Is the claim subject to offset?
☒ No
☐ Yes

**$81.44**

---

**3.63**   Nonpriority creditor's name and mailing address

**Radius Global Solutions, LLC**

**fka Northland Group, LLC**

**POB 390905**

**Minneapolis**              **MN     55439**

Date or dates debt was incurred   _____

Last 4 digits of account number   **7   3   4   5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Collecting for Citibank: Sears Gold MC**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,963.29**

---

**3.64**   Nonpriority creditor's name and mailing address

**RCN**

**100 Baltimore Drive**

_____

**Wilkes Barre**             **PA     18702**

Date or dates debt was incurred   _____

Last 4 digits of account number   **7   9   0   2**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Phone bill**

Is the claim subject to offset?
☒ No
☐ Yes

**$68.11**

---

| Debtor | **Dixon Strings, Inc.** | | Case number (if known) | |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.65 | Nonpriority creditor's name and mailing address |
|---|---|

**Rita Mahn**

**4971 Harwich Ct.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$2,800.00**

| **Kettering** | **OH** | **45440** |
|---|---|---|

Basis for the claim: **Sold Consignments - Gerlach Cello**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.66 | Nonpriority creditor's name and mailing address |
|---|---|

**Seman Violins**

**4447 Oakton St.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$2,000.00**

| **Skokie** | **IL** | **60076** |
|---|---|---|

Basis for the claim: **Violin purchases**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number **1 3 3 8**

---

| 3.67 | Nonpriority creditor's name and mailing address |
|---|---|

**Shelby & Janet Dixon**

**4528 W. Country View Drive**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$180,000.00**

| **Mequon** | **WI** | **53092** |
|---|---|---|

Basis for the claim: **Sold Consignments**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.68 | Nonpriority creditor's name and mailing address |
|---|---|

**Stacy Raviv**

**2608 N. Lakeview Ave., Unit 7**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$3,000.00**

| **Chicago** | **IL** | **60614** |
|---|---|---|

Basis for the claim: **Sold Consignments - 1/4 size Violin**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

Debtor    **Dixon Strings, Inc.**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,000.00 |
|---|---|---|---|

**Tetsuo Matsuda**

**26347 W. Route 22**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Barrington          IL      60010**

**Basis for the claim:**  **Sold Consignments - Matsuda Viola**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,500.00 |
|---|---|---|---|

**The Violin House of Weaver**

**4706 Highland Avenue**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Bethesda          MD     20814**

**Basis for the claim:**  **Open account**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number __ __ __ __

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,000.00 |
|---|---|---|---|

**Travelers Property Casualty Co.**

**POB 2995**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Riverside          IL      60546**

**Basis for the claim:**  **Insured: Timothy Boelter**

Date or dates debt was incurred   **4/6/17**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **8   3   4   8**

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,546.82 |
|---|---|---|---|

**University Club of Chicago**

**76 East Monroe Street**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Chicago          IL      60603**

**Basis for the claim:**  **Charge Account**

Date or dates debt was incurred _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Last 4 digits of account number   **9   0   0   0**

Debtor   **Dixon Strings, Inc.** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.73 | **Nonpriority creditor's name and mailing address** |

**Yellowstone Capital, LLC**

**1 Evertrust Plaza**

_____

_____

**Jersey City**          **NJ**    **07302**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business loan** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,800.00

Debtor   **Dixon Strings, Inc.** _____   Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**4.1**   **Assocated Bank**

**Cardmember Service**

**POB790408**

**Saint Louis        MO      63179-0408**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

---

**4.2**   **Associated Bank**

**1305 Main Street, MS 7722**

**Stevens Point       WI      54481-0327**

**Settled.**

Line _____

☑ Not listed.  Explain:
   **Credit Card**

**4   2   5   3**

---

**4.3**   **Berger Realty Group**

**Fine Arts Management Office**

**410 S. Michigan, Unit 910**

**Chicago           IL      60605**

Line  **3.13**

☐ Not listed.  Explain:

__ __ __ __

---

**4.4**   **Bryan E. Minier, Lathrop & Gage, LLP**

**155 N. Wacker Drive, Ste. 3000**

**Chicago           IL      60606**

Line _____

☑ Not listed.  Explain:
   **Notice Only**

__ __ __ __

---

**4.5**   **Business Law Associates, LLC**

**1700 Rockville Pike, Ste. 400**

**Rockville          MD      20852**

Line  **3.29**

☐ Not listed.  Explain:

__ __ __ __

---

**4.6**   **Cynthia Pietrucha, Esq.**

**Pietrucha Law Firm, LLC**

**55 E. Monroe Street, Suite 3800**

**Chicago           IL      60603**

Line  **3.42**

☐ Not listed.  Explain:

__ __ __ __

Debtor   **Dixon Strings, Inc.** _____   Case number (if known) _____

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |

| | **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.7 | **FMA Alliance, Ltd.** <br> **12339 Cutten Rd.** <br><br> **Houston        TX      77066** | Line   **3.24** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.8 | **Illinois Dept. of Revenue** <br> **POB 19035** <br><br> **Springfield      IL      62794-9035** | Line   **2.1** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.9 | **IRS** <br> **POB 7346** <br><br> **Philadelphia      PA      19101** | Line   _____ <br> ☑ Not listed.  Explain: <br> **Notice Only** | __ __ __ __ |
| 4.10 | **Kevin Case, Esq.** <br> **Case Arts Law** <br> **53 W. Jackson, #209** <br><br> **Chicago        IL      60604** | Line   **3.43** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.11 | **Law Offices of Thomas & Einarson, Ltd.** <br> **1200Roosevelt Rd., Ste. 150** <br><br> **Glen Ellyn      IL      60137** | Line   **3.52** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.12 | **Schiller, Dallavo & Casieri** <br> **233 S. Wacker, Suite 6150** <br><br> **Chicago        IL      60606** | Line   **3.20** <br> ☐ Not listed.  Explain: | __ __ __ __ |
| 4.13 | **Terri M. Long, Esq.** <br> **2056 Ridge Road** <br><br> **Homewood      IL      60430** | Line   **3.45** <br> ☐ Not listed.  Explain: | __ __ __ __ |

Debtor    **Dixon Strings, Inc.**                                              Case number (if known)

| **Part 3:** | **Additional Page for Others to Be Notified About Unsecured Claims** |
|---|---|

**Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any**

4.14    **The Rubin Law Firm, PLLC**                      Line  **3.73**
        **11 Broadway, Ste. 814**

        ☐  Not listed.  Explain:

        **New York**              **NY**     **10004**

Debtor    **Dixon Strings, Inc.**                                              Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

                                                                                **Total of claim amounts**

5a.    **Total claims from Part 1**                                  5a.                    **$20,997.00**

5b.    **Total claims from Part 2**                                  5b. **+**              **$798,492.99**

5c.    **Total of Parts 1 and 2**                                    5c.                    **$819,489.99**
        Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name      **Dixon Strings, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known) _____      Chapter   __7__

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.   **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**Fill in this information to identify the case:**

Debtor name          **Dixon Strings, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**
    - ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
    - ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
    schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
    owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
    separately in Column 2.

| Column 1:  **Codebtor** | | Column 2:  **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **Dixon Strings, Inc.**

United States Bankruptcy Court for the:  **NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B............................................................................................ **$0.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B........................................................................................... **$60,015.00**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B............................................................................................ **$60,015.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............ **$0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F.............................................. **$20,997.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F..................... **+  $798,492.99**

4.  **Total liabilities**
    Lines 2 + 3a + 3b.............................................................................................................. **$819,489.99**

**Fill in this information to identify the case and this filing:**

Debtor Name    **Dixon Strings, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/12/2018**          X **/s/ Jeffrey K. Dixon**
MM / DD / YYYY          Signature of individual signing on behalf of debtor

**Jeffrey K. Dixon**
Printed name

**President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Dixon Strings, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:  Income

1.  **Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue**
Check all that apply.

**Gross revenue**
(before deductions
and exclusions

| | | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | **01/01/2018**<br>MM / DD / YYYY | to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:** | From | **01/01/2017**<br>MM / DD / YYYY | to | **12/31/2017**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$36,799.00** |
| **For the year before that:** | From | **01/01/2016**<br>MM / DD / YYYY | to | **12/31/2016**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$496,762.00** |

2.  **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

Debtor   **Dixon Strings, Inc.**_____   Case number (if known) _____
   Name

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425.  (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

**Part 3:   Legal Actions or Assignments**

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Associated Bank, N.A. v. Dixon Strings, Inc., Jeffrey K Dixon, Stacy Dixon, Noam Dorros** | **Contract** | **Circuit Court of Cook County, Illinois**<br>Name<br><br>Street | ☐ Pending<br><br>☐ On appeal<br><br>☑ Concluded |
| **Case number**<br>**2017 L 050163** | | City          State   ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor  __**Dixon Strings, Inc.**_____     Case number (if known) _____
     Name

---

## Part 4:    Certain Gifts and Charitable Contributions

**9.**  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the
aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

## Part 5:    Certain Losses

**10.**  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

## Part 6:    Certain Payments or Transfers

**11.**  **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year
before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or
restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Schottler & Associates** | | **3/4/2017** | **$4,500.00** |

    **Address**

    __**7222 W. Cermak Rd., Ste. 701**_____
    Street

    _____

    __**North Riverside**_____**IL**____**60546**____
    City        State   ZIP Code

    **Email or website address**

    _____

    **Who made the payment, if not debtor?**

    _____

**12.**  **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing
of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

Debtor   __**Dixon Strings, Inc.**_____   Case number (if known) _____
          Name

**13.   Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| Part 7: | Previous Locations |
|---|---|

**14.   Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Part 8: | Health Care Bankruptcies |
|---|---|

**15.   Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■   diagnosing or treating injury, deformity, or disease, or

■   providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

| Part 9: | Personally Identifiable Information |
|---|---|

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
         ☐ No.  Go to Part 10.
         ☑ Yes.  Fill in below:

| **Name of plan** | **Employer Identification number of the plan** |
|---|---|
| __**Fidelity**_____ | EIN:  ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?
☐ No
☑ Yes

Debtor    **Dixon Strings, Inc.**                                    Case number (if known) _____
     Name

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. **Huntington Bank**<br>Name<br><br>Street<br><br><br>City       State   ZIP Code | XXXX- 3  7  4  3 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 7/25/2017 | $102.68 |
| 18.2. **Associated Bank**<br>Name<br><br>Street<br><br><br>City       State   ZIP Code | XXXX- 9  6  0  8 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 12/1/2016 | $0.00 |
| 18.3. **Chase Bank, NA**<br>Name<br><br>Street<br><br><br>City       State   ZIP Code | XXXX- 0  1  2  4 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | 3/15/2016 | $0.00 |

Debtor   __**Dixon Strings, Inc.**_____   Case number (if known) _____
Name

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:    Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

Debtor    __Dixon Strings, Inc._____    Case number (if known) _____
          Name

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25.   Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

|   | Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|---|
| 25.1. | **Dixon & Stein**<br>Name<br>**7228 N. Bell #3N**<br>Street<br><br>**Chicago     IL    60645**<br>City    State   ZIP Code | | Do not include Social Security number or ITIN.<br><br>EIN: ___ ___ – ___ ___ ___ ___ ___ ___<br><br>**Dates business existed**<br><br>From _____   To _____ |

**26.   Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Rooland, Inc.  (Gerald Rice)**<br>Name<br>**2650 W. Montrose, Ste. 103**<br>Street<br><br>**Chicago     IL    60618**<br>City    State   ZIP Code | From   **May 2018**   To   **June 2018** |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

Debtor    **Dixon Strings, Inc.**                                    Case number (if known) _____
_____
Name

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No.

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No.

☐ Yes.  Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No.

☐ Yes.  Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No.

☐ Yes.  Identify below.

Debtor    **Dixon Strings, Inc.**                                    Case number (if known) _____
         Name

## Part 14:    Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **08/12/2018**
             MM / DD / YYYY

X  **/s/ Jeffrey K. Dixon**                                    Printed name  **Jeffrey K. Dixon**
   Signature of individual signing on behalf of the debtor

   Position or relationship to debtor  **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re  **Dixon Strings, Inc.**                                    Case No.  _____

                                                                  Chapter  **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept...................................................................   **$4,500.00**

   Prior to the filing of this statement I have received.......................................................   **$4,500.00**

   Balance Due...............................................................................................................   **$0.00**

2. The source of the compensation paid to me was:
   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor                    ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| _____08/12/2018_____ | /s/ Mark R. Schottler | |
| *Date* | *Mark R. Schottler* | Bar No.  6238871 |
| | Schottler & Associates | |
| | 7222 W. Cermak | |
| | Suite 701 | |
| | North Riverside, IL 60546 | |
| | Phone: (708) 442-5599 / Fax: (312) 284-4575 | |

---

  /s/ Jeffrey K. Dixon
_____

*Jeffrey K. Dixon*
*President*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **Dixon Strings, Inc.**                                    CASE NO

                                                                  CHAPTER   **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _8/12/2018_____        Signature __*/s/ Jeffrey K. Dixon*_____
                                                        *Jeffrey K. Dixon*
                                                        *President*

Date _____        Signature _____

Adam Morse
1826 N. Lincoln Park W .
Chicago, IL 60614


Adrian Bettridge-Wiese
1615 E Fairlawn Dr.
Urbana, IL 61802


ADT Security Services
POB 371878
Pittsburgh, PA 15250-7878


Alfredo G. Capitanini
1754 N Wilmot Ave
Chicago, IL 60647


Amber Stroud
c/o Sylvia De La Cerna


Andrew Hesse
41 E 8th Street Unit 3201
Chicago, IL 60605


Ann Rosenwinkel
4018 Blue Bonnet Blvd., Apt. C.
Houston, TX 77025


Anna Herdis Jonsdottir
Oldugata 59 101
Reykjavik Iceland


Arun Mohan
330 S. Michigan Ave., Apt. 1513
Chicago, IL 60604

Assocated Bank
Cardmember Service
POB790408
Saint Louis, MO 63179-0408


Associated Bank
1305 Main Street, MS 7722
Stevens Point, WI 54481-0327


Bank of America
POB 982235
El Paso, TX 79998


Bank of America
POB 982238
El Paso, TX 79998


Benjamin Clark
2676 Brookview Lane
Van Meter, IA 50261


Berger Realty Group
Fine Arts Management Office
410 S. Michigan, Unit 910
Chicago, IL 60605


Berger Realty Group, LLC
40 E. Oak St.
Chicago, IL 60611


Bryan E. Minier, Lathrop & Gage, LLP
155 N. Wacker Drive, Ste. 3000
Chicago, IL 60606


Business Law Associates, LLC
1700 Rockville Pike, Ste. 400
Rockville, MD 20852

Can Capital, Inc.
2015 Vaughn Rd NW
Kennesaw, GA 30144


Chase Ink
POB 15298
Wilmington, DE 19850-5298


Christopher Ferrer
320 Wisconsin Ave., Apt. 416
Oak Park, IL 60302-3459


CHUBB/Eastern Claim Service Ctr.
600 Independence Pkwy.
Chesapeake, VA 23320


Claudio Luis Manfio
Alameda Dos Tacavanas 838
Sao Paulo, Brazil 184240-0000


Colin Maki
150 W. 77th Street #2
New York, NY 10024


Cynthia Pietrucha, Esq.
Pietrucha Law Firm, LLC
55 E. Monroe Street, Suite 3800
Chicago, IL 60603


David Held
10058 Meadow Lane
Mequon, WI 53092


Discover More Card
POB 30421
Salt Lake City, UT 84130-0421

Estate Information Services, LLC dba
EIS Collections
POB 1398
Reynoldsburg, OH 43068


Evan Banks
838 N. Leamington Ave.
Chicago, IL 60651


Everest Business Funding
2001 NW 107th Ave. #300
Miami, FL 33172


FMA Alliance, Ltd.
12339 Cutten Rd.
Houston, TX 77066


Francis Yorio
435 W Thornapple Lane
Mequon, WI 53092


Germantown Violin Company
19200F Chennault Way
Gaithersburg, MD 20879


Glen Germain
5309 Maywood Rd.
Madison, WI 53716


Global Violins
2565 S. Heathermoor Park Dr.
Westfield, IN 46074


Hayes Properties, Inc.
4043 N. Ravenswood Ave., Ste. 210
Chicago, IL 60613

Hinckley Standard Springs
POB 660579
Dallas, TX 75266


Holstein Violins
1607 NE 4th PL
Fort Lauderdale, FL 33301


Hyemi Kim
611 Lowell Ave., Apt. 14
Cincinnati, OH 45220


IDES
Taxnet/Employer Hotline
33 S. State Strett - 10th Floor
Chicago, IL 60603


Illinois Dept. of Revenue
100 W. Randolph
M/S 7-400
Chicago, IL 60601


Illinois Dept. of Revenue
POB 19035
Springfield, IL 62794-9035


IRS
POB 7346
Philadelphia, PA 19101


Isaac Sinnett
1228 W. Winnemac Ave. #2
Chicago, IL 60640


James Kim
166 Yerba Buena Avenue
San Francisco, CA 94127

Jesse Calcat
2636 W. Foster Ave.
Apt. 3
Chicago, IL 60625


Joe Kaizer
6617 Post Oak
Peoria, IL 61615


Johnnia Stigall
116 W. University Pkwy. #713
Baltimore, MD 21210


Jonathan Ruckman
2302 Sycamore Ave.
Louisville, KY 40206


Joshua Beyer Lutherie
244 39th St.
Pittsburgh, PA 15201


Karen Kramer
3641 Beech St.
Flossmoor, IL 60422


Kenneth Warren and Sons
40 N. Wells Street
Chicago, IL


Kevin Case, Esq.
Case Arts Law
53 W. Jackson, #209
Chicago, IL 60604


Koen Chak
4050 Kirk St., Apt. 1
Skokie, IL 60076-3458

L'Archet Brasil
United Strings International LLC
352 Tall Pines Rd., Ste. G
West Palm Beach, FL 33413


Law Offices of Thomas & Einarson, Ltd.
1200Roosevelt Rd., Ste. 150
Glen Ellyn, IL 60137


Luis Claudio Manfio
Alameda dos Tacaunas 838
Sao Paulo, Brazil


Maggie Waldron


Marco Raposo Bows
641 Lexington Ave., 15th Floor - NYC
New York, NY 10022


Mark Peterson
1614 Timber Trail
Wheaton, IL 60189


Marko Dreher
491 Valley Drive
East Alton, IL 62024


Mietek Rusnak
4859 S Long
Chicago, IL 60638


Noam Dorros
1747 N Winchester Ave
Chicago, IL 60622

Northland Group
POB 390905
Minneapolis, MN 55439


Northwest Symphony Orchestra
ATTN:  John Cain
1040 Ridge Rd.
Munster, IN 46321


Pasquale Laurino
400 E Randolph St., Apt.1703
Chicago, IL 60601


People's Music School
931 W. Eastwood Ave.
Chicago, IL 60640


Quill.com
POB 37600
Chicago, IL 60605


Radius Global Solutions, LLC
fka Northland Group, LLC
POB 390905
Minneapolis, MN 55439


RCN
100 Baltimore Drive
Wilkes Barre, PA 18702


Rita Mahn
4971 Harwich Ct.
Kettering, OH 45440


Schiller, Dallavo & Casieri
233 S. Wacker, Suite 6150
Chicago, IL 60606

Seman Violins
4447 Oakton St.
Skokie, IL 60076


Shelby & Janet Dixon
4528 W. Country View Drive
Mequon, WI 53092


Stacy Raviv
2608 N. Lakeview Ave., Unit 7
Chicago, IL 60614


Terri M. Long, Esq.
2056 Ridge Road
Homewood, IL 60430


Tetsuo Matsuda
26347 W. Route 22
Barrington, IL 60010


The Rubin Law Firm, PLLC
11 Broadway, Ste. 814
New York, NY 10004


The Violin House of Weaver
4706 Highland Avenue
Bethesda, MD 20814


Travelers Property Casualty Co.
POB 2995
Riverside, IL 60546


University Club of Chicago
76 East Monroe Street
Chicago, IL 60603

Yellowstone Capital, LLC
1 Evertrust Plaza
Jersey City, NJ 07302